# United States District Court
## Middle District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CORNELIUS EWING<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:   3:04CR00136-001-JVP<br><br>Richard M. Upton, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s) _Viol. #1, Spec. Cond. No.1; Viol. #2, Spec. Cond. No. 3_ of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 18, 2010
Date of Imposition of Sentence

_(signature)_
Signature of Judicial Officer

JAMES J. BRADY, United States District Judge
Name & Title of Judicial Officer

7-8-2010
Date

AO 245 D (Rev. 1/01) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 3:04CR00136-001-JVP | Judgment - Page 2 of 5 |
| DEFENDANT: | CORNELIUS EWING | |

## ADDITIONAL VIOLATION

| **Violation Number** | **Nature of Violation** | **Date Violation Concluded** |
|---|---|---|
| 1 | Special Condition No. 1: "The defendant shall participate in a substance abuse assessment and/or treatment program which may include urine testing and residential treatment, and shall assist in the cost of said treatment, as approved by the probation officer."<br><br>The defendant failed to report for random urinalysis at Accuscreen on the following dates:<br><br>2/4/10<br>2/5/10<br>2/10/10 | February 10, 2010 |

AO 245 D (Rev. 1/01) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 3:04CR00136-001-JVP | Judgment - Page 2 of 5 |
| DEFENDANT: | CORNELIUS EWING | |

| CASE NUMBER: | 3:04CR00136-001-JVP | Judgment - Page 3 of 5 |
|---|---|---|
| DEFENDANT: | CORNELIUS EWING | |

| 2 | Special Condition No. 3: "The defendant shall reside for a period of four months, or until released by the probation officer, at the Ecumenical House Community Center, 6753 Cezanne Street, Baton Rouge, Louisiana and shall observe the rules of that facility." | February 10, 2010 |

On December 1, 2009, Mr. Ewing was released from U. Bureau of Prisons custody and began his residence at Ecumenical House. According to the director of that facility, he returned late to the facility on 12 occasions which is a violation of the rules of that facility. Those occasions are listed as follows:

12/15/09
1/4/10
1/7/10
1/12/10
1/13/10
1/22/10
1/25/10
1/26/10
1/27/10
1/28/10
2/9/10
2/10/10

Further, Mr. Ewing failed to follow the rules of the facility by calling in upon his arrival at destinations and upon departure of his destinations on 115 occasions.

Further, Mr. Ewing signed out of the Ecumenical House Community Corrections Center and listed the Workforce Investment Act Training and Employment Services, formerly known as JTPA at 4523 Plank Road, Baton Rouge, Louisiana, as his destination on the following occasions:

12/14/09
12/15/09
12/16/09
12/17/09
12/18/09

| | | |
|---|---|---|
| CASE NUMBER: | 3:04CR00136-001-JVP | Judgment - Page 4 of 5 |
| DEFENDANT: | CORNELIUS EWING | |

12/21/09

    12/22/09
    1/4/10
    1/6/10
    1/7/10
    1/8/10
    1/12/10
    1/13/10
    1/14/10
    1/15/10
    1/20/10
    1/21/10
    1/22/10
    1/25/10
    1/26/10
    1/27/10
    2/10/10

    According to Danielle Brown at the Workforce Investment Act, the defendant's case was closed and had been closed since 2007. Their computer verified he has not accessed their response since 2007. Further she confirmed he had not signed the registration log on 2/10/10, which reflects he was not at their facility that date. This is a violation of the rules of Ecumenical House Community Corrections Center.

    On the following dates, the defendant signed out the Community Corrections Facility reflecting his destination was Accuscreen, Drug Testing Facility in Baton Rouge, Louisiana. The defendant failed to report to the facility for his urinalysis.

    2/5/10
    2/10/10

AO 245B    (Rev. 03/01) Judgment in a Criminal Case
             Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 3:04CR00136-001-JVP | Judgment - Page 5 of 5 |
| DEFENDANT: | CORNELIUS EWING | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  8 months .

[✔]    The court makes the following recommendations to the Bureau of Prisons:
that the defendant be placed in a facility where he can receive vocational and educational training.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
     [ ]  at ___ on ___.
     [ ]  as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ]  before _ on ___.
     [ ]  as notified by the United States Marshal.
     [ ]  as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
     Deputy U.S. Marshal